THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JUAN CARLOS ULLOA,<br><br>    Defendant. | **MEMORANDUM DECISION AND ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR COPIES OF DOCKET ENTRIES, PLEA AGREEMENT, AND SENTENCING TRANSCRIPTS**<br><br>Case No.4:18 CR 84<br><br>District Judge David Nuffer |

On July 14, 2025, Defendant Juan Carlos Ulloa filed a Motion for copies of Docket Entries, Plea Agreement and Sentencing Transcripts ("Motion").[1] For the reasons discussed below, the Motion is GRANTED in part and DENIED in part.

Defendant seeks copy of docket entries, the plea agreement, and any sentencing transcripts filed in this case.[2] Defendant's request as to the Complaint,[3] Plea Agreement,[4] and Docket Sheet are GRANTED.

Based on the above, the Clerk of Court shall provide Defendant with a copy of the docket sheet, along with docket entries 1 and 36.

Defendant also requests a copy of his sentencing transcript. There is no transcript on the docket. It has not been prepared.

---

[1] Motion for copies of Docket Entries, Plea Agreement and Sentencing Transcripts ("Motion"), docket no. 49, filed July 14, 2025.

[2] *Id*.

[3] Complaint, docket no. 1, filed August 20, 2018.

[4] Statement by Defendant in Advance of Plea of Guilty, docket no. 36, filed November 13, 2018.

Furthermore, Defendant requests a copy of the transcript "be furnished without cost to himself."[5] 28 U.S.C. § 753(f) provides that transcripts must be provided at the expense of the United States in certain circumstances. "Under 28 U.S.C. § 753(f), an indigent defendant is entitled to have the government pay the fees for a copy of his transcript . . . only if he demonstrates that his suit is not frivolous, and that the transcript is needed to decide the issue presented by the suit."[6] Defendant has failed to make such a showing because his reasons for requesting the documents are not disclosed.

Therefore, Defendant's request for his sentencing transcript is DENIED without prejudice to a more complete request.

Dated November 5, 2025.

BY THE COURT:

David Nuffer
United States District Judge

---

[5] Motion.

[6] *Sistrunk v. United States*, 992 F.2d 258, 259 (10th Cir. 1993).